

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Gramrich Oil & Gas Corporation, Nolan Energy Corporation, and SL Richardson Investments, Inc., | * From the 39th District Court of Throckmorton County, Trial Court No. 3165. |
| Vs. No. 11-19-00022-CV | * May 28, 2021 |
| William C. Meng, | * Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., and Wright, S.C.J., sitting by assignment) (Trotter, J., and Williams, J. not Participating) |

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is affirmed in favor of William C. Meng to the effect that the lease on Unit No. 2, Unit No. 7, and Unit No. 4 has terminated. All other issues and claims in the case are remanded for trial. The costs incurred by reason of this appeal are taxed three-fourths against Gramrich Oil & Gas Corporation, Nolan Energy Corporation, and SL Richardson Investments, Inc. and one-fourth against William C. Meng.